# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JOHN EDWARD MCDONALD**                                         **PETITIONER**

**V.**                                          **CAUSE NO. 3:16-CV-800-CWR-LRA**

**WARDEN LEPHER JENKINS**                                       **RESPONDENT**

## ORDER

Before the Court are the Magistrate Judge's Report and Recommendation (R&R) on this habeas petition, Docket No. 49, and petitioner John McDonald's timely objection to the R&R, Docket No. 50.

This Court has thoroughly reviewed the Magistrate Judge's R&R and Mr. McDonald's specific objections. It concludes that under the applicable law, the R&R is well-reasoned and legally correct. Accordingly, the Court will adopt the R&R as its own Order.

This petition is, therefore, dismissed with prejudice. A separate Final Judgment will issue shortly.

**SO ORDERED**, this the 21st day of August, 2020.

                                                s/ Carlton W. Reeves
                                                UNITED STATES DISTRICT JUDGE